**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 50 MAL 2015
:
               Respondent :
                : Petition for Allowance of Appeal from the
                : Order of the Superior Court
         v. :
:
:
:
CARLOS  CASTILLO, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.